ACCEPTED
14-14-00513-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
4/17/2015 8:24:26 PM
CHRISTOPHER PRINE
CLERK

CASE NO. 14-14-00513-CR

| STATE OF TEXAS | § | IN THE FOURTEENTH |
| | | |
| VS. | § | COURT OF APPEALS |
| | | |
| PEDRO REYES TREJO | § | SITTING IN HOUSTON, TEXAS |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
4/17/2015 8:24:26 PM
CHRISTOPHER A. PRINE
Clerk

## SECOND MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes PEDRO REYES TREJO, appellant in the above-styled and numbered cause, and moves this Court to grant his Second Motion to Extend Time to file Appellant's Brief, pursuant to Rule 74(k) of the Texas Rules of Appellate Procedure, and for good cause shows the following:

I.

This case is on appeal from the 506TH Judicial District Court of Waller County, Texas.

II.

The case below was styled the STATE OF TEXAS V. PEDRO REYES TREJO and numbered 04-06-11756.

III.

On November 22, 2010 Appellant was found guilty by a and sentence was imposed at 16 years in the Institutional Division of the Texas Department of Criminal Justice by the Honorable Jeff Steinhauser, Judge in the 155th District Court of Waller County.

IV.

Thereafter Appellant appealed and the Court of Appeals Affirmed on October 17, 2011. On November 12, 2013 Appellant filed his Motion for Court Order to Appoint a Second Expert for DNA Testing. Said Motion was denied and appeal was had. Subsequently said Appeal was abated and a hearing had on the status of the case and for appointment of an attorney. On December 31, 2014 the appeal was reinstated.

V.

One other brief extension has been requested and granted. That extension of time of 60 days was from the date the brief was due to March 30, 2015. Appellant timely files this extension motion within 15 days of said date.

VI.

Appellant's counsel now requests an extension of time to May 10, 2015, for reasons that follow.

VII.

Counsel has been unable to complete Appellant's Brief within the required time period. Appellant relies on the following facts as good cause for his requested extension of the time for filing:

. . . . ., the clerk's record or some other individual. Given the seriousness of this matter and Counsel's limited knowledge of the proceeding he is forced to rely on that record and the Appellant. Further, counsel has been set for the following court matters in the month of March when the brief was due to today's date:

3-3-15-ACD-CEVALLOS,CAMPBELL,OSGOOD,BURGER,SMITH,
    BLACKBURN,MARTIN
3-5-15-ACCL-FLORES,POWERS

3-9-15-ACD-PICKRON MURDER TRIAL
    WCD-VICKERS TRIAL
3-16-15-ACCL-JUV-SANDERS TRIAL - DISMISSED
3-19-15-ACCL-MARQUEZ,HILL,RIVAS,HARRIS,MCKEY
3-24-15-ACD-BURGER,TARVER,CAMPBELL,KELLOW,D-CAMACHO,
    C-CAMACHO,BYRD,COFFMAN-HARRIS,ANDERS,SMITH
    WCD-DANIELS,MCFARLAND

[ LEGEND ]

ACD-AUSTIN COUNTY DISTRICT COURT (155TH)

WCD-WALLER COUNTY DISTRICT COURT (506TH)]

ACCL-WALLER COUNTY COURT AT LAW

COLCOD-COLORADO COUNTY DISTRICT COURT (2ND 25TH)

WHEREFORE, PREMISES CONSIDERED, appellant prays that this Court grant this Second Motion To Extend Time to File Appellant's Brief until May 5, 2015 for such other and further relief as this Court may deem appropriate.

Respectfully submitted,

CALVIN GARVIE
POST OFFICE BOX 416
BELLVILLE, TEXAS 77418
PH    (979) 865-5456
FAX   (832)383-8814
Email texattycg@aol.com

BY:_____/s/ Calvin Garvie
    STATE BAR NO.:07714300
    ATTORNEY FOR APPELLEANT

## CERTIFICATE OF WORD COUNT

I hereby certify that this Second Motion, it's affidavit and certificates contains a total of ____ words.

_____/s/ Calvin Garvie

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Second Motion To Extend Time to File Appellant's Brief was sent by mailed, faxed, e-mailed or hand-delivered to the Waller County District Attorney's Office on April 17, 2015.                                    .

_____/s/ Calvin Garvie

STATE OF TEXAS          §
                               §

COUNTY OF WALLER      §

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared CALVIN GARVIE, who after being duly sworn stated:

> "I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Second Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct to the best of my knowledge."

_____
CALVIN GARVIE

Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on April 17, 2015, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas